IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02139-PSF-CBS

PHILIP K. RICHARDSON,

    Plaintiff,

v.

JOHN F. POTTER, Postmaster General,

    Defendant.
_____

ORDER
_____

    This matter is before the Court pursuant to the parties' Joint Motion for Order Approving Stipulation of Compromise Settlement and Dismissing Case. The Court, having reviewed the Stipulation and the file and deeming itself sufficiently advised, GRANTS the Motion in part. The Stipulation for Compromise Settlement is approved and made an Order of Court. This case is administratively closed subject to reopening upon motion if the settlement is not completed according to the terms of the stipulation.

    DATED August 22, 2005.

                                    BY THE COURT:

                                    s/ Phillip S. Figa
                                    _____
                                    Phillip S. Figa
                                    United States District Judge